# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

**UNITED STATES OF AMERICA**

V.

**CHRISTOPHER J. BEETS**

CRIMINAL COMPLAINT

CASE NUMBER: 14-MJ-28(a)

REDACTED

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2014 JUN 6 AM 9 27
STEPHAN HARRIS, CLERK
CHEYENNE

I, Nicole Bailey, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about and between the dates of May 11, 2014, and June 4, 2014, in the District of Wyoming, the Defendant, **CHRISTOPHER J. BEETS,** attempted to persuade, induce, entice and coerce a minor, to wit: an unnamed 13 year old girl, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing or having reason to know that such visual depiction, if created, would have been transmitted using a means and facility of interstate commerce, namely, the Internet and a cellular telephone network,

in violation of Title 18 United States Code, Section 2251(a) and (e).

**(See Count Two on next page)**

I further state that this Complaint is based upon the following facts:

*1.* Your Complainant is employed as a Special Agent with the Homeland Security Investigations, and at all times mentioned herein was acting in that official capacity.

Continued on the attached sheet and made a part hereof:   **X** Yes        No

*[signature]*

Signature of Complainant
Nicole Bailey

Sworn to before me and subscribed in my presence,

June 6, 2014                              at    Cheyenne, Wyoming

Date                                              City and State

Kelly Rankin, Chief
United States Magistrate Judge                    *[signature]*

Name & Title of Judicial Officer                  Signature of Judicial Officer

## COUNT TWO

On or about and between the May 11, 2014, and June 4, 2014, in the District of Wyoming, the Defendant, **CHRISTOPHER J. BEETS**, using a means of interstate commerce, namely the Internet and a cellular telephone network, did knowingly attempt to cause by persuasion, inducement, enticement, or coercion an individual who had not attained the age of 18 years to engage in sexual activity for which an individual could be charged with a criminal offense.

In violation of 18 U.S.C. § 2422(b).

## SWORN STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT
## CHRISTOPHER J. BEETS

2. On or about May 13, 2014, Your Complainant was contacted by Laramie County Sheriff's Office (LCSO) Detective Mitch Chapman regarding an investigation he was working on involving _____, a 13 year old girl (Hereinafter referred to as Victim 1) in Laramie County, Wyoming. Your Complainant learned that on May 11th and May 12th, 2014, while residing in Laramie County within the District of Wyoming, Victim 1 communicated via the chat application KIK with an individual who claimed to be a 23 year old male in California using the KIK username "cody.bryan123" and that during the conversations, Victim 1 sent, via KIK and another social networking application (Snapchat) digital images of herself while she was nude. Shortly after sending these images, "cody.bryan123" demanded that Victim 1 produce more sexually explicit images. According to Detective Chapman, Victim 1 became fearful of "cody.bryan123" and told her parents that she had been communicating with an adult male about sexually explicit matters. Victim 1's parents then contacted the LCSO. Victim 1's parents turned over to the LCSO an Apple iPod Touch that Victim 1 used to communicate with "cody.bryan123." At the time the device was turned over to the LCSO, Victim 1 indicated that she had deleted the images she had produced and sent to "cody.bryan123" but her chat communications with that individual were still on the device.

3. On or about May 20, 2014, Your Complainant utilized Oxygen Forensic Suite forensic software to extract data from Item 1, an Apple iPod Touch 4G, 8 Gigabyte handheld device bearing Serial Number C3RH3V4GDNQW – the iPod Touch used by Victim 1 to communicate with "cody.bryan123." Your Complainant has training and is experienced in the use of this forensic software. Using this software, your Complainant was able to extract data that had not been deleted from the device, including contacts, photos, videos, chat conversations and other data. However, your Complainant has not been able to recover data that was deleted from the Apple iPod Touch.

4. Your Complainant located numerous KIK chat conversations that took place between Victim 1 and other individuals, including chats with an individual using the identifier

"cody.bryan123." The dates and times listed within the chat conversations are listed as UTC. However, your Complainant has converted the time stamps below into Mountain Daylight Time (MDT) (UTC minus 6 hours) to reflect the actual time in Wyoming when these conversations occurred.

5. Your Complainant reviewed the chat conversations between Victim 1 (Kik username "music_obsession", and "cody.bryan123" and found that the first message located on the Apple iPod Touch was an incoming message from "cody.bryan123" saying "Hi" on May 11, 2014 at approximately 5:50 PM (MDT). Based upon your Complainant's training and experience, she knows that this may not be the first conversation between "cody.bryan123" and Victim 1 due to the fact that the program deletes older messages as new messages are received. Your Complainant also knows that users can delete messages as well.

6. Your Complainant noted that at approximately 6:38 PM MDT on May 11, 2014, "cody.bryan123" asked Victim 1 "So how old r u?"; Victim 1 replied "15" and "cody.bryan123" stated "Oh cool" and then "I haven't gotten any pics. Lol." Victim 1 stated "Haha I sent you my boobs on snapchat." Your Complainant then noted that Victim 1 told "cody.bryan123" that she resided in Colorado and "cody.bryan123" indicated that he was in California. (This is consistent with what your Complainant was told by Detective Mitch Chapman. Chapman told your Complainant that he interviewed Victim 1 on May 29, 2014, and she told him that she had falsely represented where she lived in her chats with "cody.bryan123.")

7. Your Complainant then noted the following in the May 11, 2014, chat between Victim 1 and "codybryan123":

"cody.bryan123": I know. But u gotta keep sending silly xD
Victim 1: Haha sending what?
"cody.bryan123": Like start with bra n panty
"cody.bryan123": And take different pics like that. Like ass and bent over. And same with being naked
Victim 1: Okay give me a few

"cody.bryan123": -_-

"cody.bryan123": So tell me bout urself. Any siblings? Pets. Lol

Victim 1: I have a brother and a sister

"cody.bryan123": Oh cool. What ages

Victim 1: 17 and 9

"cody.bryan123": Sisters 9?

"cody.bryan123": Lol okie

"cody.bryan123": Plz start the pix

Victim 1: Don't you even dare ask for my sister

"cody.bryan123": What??

Victim 1: Just don't because you do I will literally find you when you come to Colorado and snap your neck

8. After the above communications, "cody.bryan123" then stated he was not even thinking about it (pictures of Victim 1's sister) but did instruct Victim 1 to continue sending images on Snapchat, stating "Put ur face in all of em silly," "Can u do it in the bathroom. It's too dark where ur doing em." and "Now do the ass. And a bent over. Then take off ur bra and panties" to which Victim 1 responded "Okay" and a short time later asked "Happy?" and "Hello?".

9. Later in the May 11, 2014, chat your Complainant read that "cody.bryan123" stated "Not yet. U haven't done the naked pics yet. Lol." Victim 1 indicated that she needed to shave "down there." At approximately 7:09 PM MDT on May 11, 2014, "cody.bryan123" stated " I don't mind. Lol" and then at 7:13 PM MDT stated "Ok. So u either have to record ur sister changing. And make it a Damn good job. Or u have to record u blowing ur brother." One minute later he asked "So which one?" and Victim 1 replied "I don't know…". "cody.bryan123" stated "Ur sister would be less harmful. Just play dress up with her. And do at least a 5 minute video. And have her bend over and everything. But she has to get completely naked." "codybryan123" then followed up with the communication "And u should start now"

10. Detective Chapman informed your Complainant that based upon information he gathered from Victim 1 and her family, Victim 1 has a sister

11.     Still later in the May 11, 2014, chat, Victim 1 indicated to "cody.bryan123" that she would do the video with her sister and "cody.bryan123" demanded that she do it using Video KIK. Based upon training and experience, your Complainant knows that this is an add-on feature of the KIK feature allowing users to create videos to send to other KIK users. Victim 1 asked "cody.bryan123" if she had any other options, and he replied "Nope" and "Trust me. Ur sister isn't even gonna know anything. Lol" but indicated that Victim 1 would have to produce one more video after the video of her sister, and stated "Just focus on ur sister right now. Cause that has to be amazing. Or if it's not then ur gonna have to blow ur brother. Just saying. So that should be motivation. Lol"  Victim 1 then asked "cody.bryan123" to "Define amazing" and "cody.bryan123" stated "Like that u get good angles. And that she will be unclothed for a good part of it."  Later in the conversation he stated that her sister could start in her clothes but stated "Ok. But she has to strip out of them. And then during it have her lay down with her legs open then."

12.     Still later in the May 11, 2014 chat, Victim 1 indicated to "cody.bryan123" that she was having trouble with the video messaging feature on KIK but indicated that her sister was naked and she had produced two videos of her and had accidently deleted those videos. She then stated that she was having a hard time getting her sister to cooperate since she has . "cody.bryan123" requested Victim 1 to send a picture of her sister naked. At approximately 7:43 PM MDT, Victim 1 sent "cody.bryan123" an image but your Complainant was unable to recover the actual image that was sent. "cody.bryan123" replied "Try for a better one. Like one of her in the front and one in the back".  Victim 1 sent another image file and stated "There", but your Complainant was not able to recover the actual image.  "cody.bryan123" replied "K."

13.     The chat log reflects that at approximately 8:00 PM MDT, Victim 1 sent a video file to "cody.bryan123." Your Complainant was unable to recover the contents of this video file but noted that Victim 1 apologized about her sister being hyper and "cody.bryan123" replied with "that was horrible".

14. The May 11, 2014, chat log then reflects that "cody.bryan123" asked Victim 1 what she would do if she had to record herself giving her brother a blowjob. Victim 1 replied that she would not be able to do that and he, "cody.bryan123," would have to share her pictures. "cody.bryan123" responded that he did not want to make her produce a video with her brother, but stated "So there 2 thing now. Since that video just sucked. So now call a friend or find someone to blow. The other person will start the video before u pull out his dick. And keep recording. Then when it's time to finish. He finishes on ur tits." During the next few exchanges, "cody.bryan123" told Victim 1 that she needed to find someone to perform oral sex upon or that she had to strip naked with her sister again. "cody.bryan123" suggested other things for Victim 1 to do, including a video of her rubbing herself in front of her sister and then agreed to her stripping naked in a sexy manner for him. "cody.bryan123" made several threats to Victim 1 that he would release the videos if she didn't give in to his demands, and stated "Cause I doubt u want all ur friends seeing all those pics and the video u did of ur sister. 1 u would go to juvi til ur 18 then to prison for distributing child porn and making it. And 2 everyone. Even ur family will hate u." He then suggested for Victim 1 to sneak into her brother's room while he is sleeping to produce the video of her performing oral sex on her brother. Victim 1 denied the ability to comply with this request. "cody.bryan123" told the Victim 1 that she could wait until lunch at school to find someone to produce this video with if she would have sex when he ("cody.bryan123") comes to visit. Victim 1 indicated that she is a virgin and "cody.bryan123" replied "So would u rather in the butt?"

15. During your Complainant's analysis of the contents of Victim 1's Apple iPod Touch she found that on the following day, May 12, 2014, Victim 1 and "cody.bryan123" had another KIK chat wherein they discussed him coming to Colorado to visit her. "codybryan123" told Victim 1 that he was 23 years old. During the chat Victim 1 agreed to utilize the program Skype on her computer to video chat with "cody.bryan123" using his Skype username "jonnyboyy707". At approximately 3:10 PM MDT, Victim 1 sent a message via KIK to "cody.bryan123" stating "Okay then hold on." Approximately 9 minutes later, Victim 1 sent another message to "cody.bryan123" asking "Did you finish that fast?" According to Detective Chapman, during his interview of Victim 1 she told him that she used Skype to video chat with "jonnyboyy707." Victim 1 also told Chapman during the video chat she observed

"cody.bryan123" from mid waist down, nude, masturbating.

16.  On May 23, 2014, Your Complainant changed the password to Victim 1's KIK account so that only Your Complainant could have access. Your Complainant then opened the KIK application on the Apple iPod Touch recovered from Victim 1. Your Complainant noted several messages from "cody.bryan123" asking where Victim 1 was.

17.  On May 23, 2014, Your Complainant, having assumed the identity of Victim 1, replied to "Cody.bryan123"'s last message, which stated "And I'm about ready to start sending if u don't reply". Victim 1 replied "No plz". "Cody.bryan123" told Victim 1 that she needed to produce a video of her and her sister performing oral sex but then indicated that only the victim needed to be in the video performing oral sex. When Victim 1 stated that she was not sure she could find a male, "cody.bryan123" stated that Victim 1 needed to "Start recording before u pull his dick out. And record the whole time. And let him cum on ur tits which will be fully exposed."

18.  On May 29, 2014, your Complainant again assumed the online persona of Victim 1 and engaged in a KIK chat with "cody.bryan123." During this chat "cody.bryan123" indicated that he wanted to have sex with Victim 1 when he travelled to Colorado. He discussed having anal sex with her and stated that he did not want to wear a condom. He further indicated that he would bring the morning after pill for Victim 1, and indicated that it would protect her from getting pregnant. He also indicated that since he would be traveling so far to come see her and have sex with her that she should find some friends to have a three way sexual encounter, kissing and performing oral sex on each other. "cody.bryan123" also asked Victim 1 "How old are u again?" to which your Complainant, indicated that she was 13 years old. "cody.bryan123" stated that he was 23 and asked Victim 1 if she was okay with the age difference. Victim 1 responded "Ya I'm cool if u are". "cody.bryan123" replied "But ya I'm cool with the age". "cody.bryan123" also sent a smiley face kissing with a small heart icon. "cody.bryan123" also asked if Victim 1 was a virgin. When your Complainant, as Victim 1, stated that she was and asked if that was okay, "cody.bryan123" replied "Ya that's perfect."

19.  On or about May 22, 2014, Your Complainant utilized a form provided by KIK to request

IP login information for the KIK username "cody.bryan123." Your Complainant submitted the form via electronic mail ti KIK Interactive, located in Ontario, Canada, and received a response the same day via email. KIK provided your Complainant login records for the subscriber utilizing the username "cody.bryan123." These login records included IP login records from April 20, 2014, until May 22, 2014. The account was created on March 21, 2014, and the subscriber stated that his/her email address was cody.bryan123@gmail.com. In reviewing the IP login information, your Complainant noted that most of the IP addresses being utilized by this user were registered to Verizon Wireless. Your Complainant also noted a small number of IP addresses are registered to AT&T Internet Services.

20. On or about May 23, 2014, Your Complainant sent DHS Summons ICE-HSI-CY-2014-00022 to Verizon Wireless for subscriber information on 7 different IP addresses utilized by "cody.bryan123" on KIK on specific dates/times. The dates and times that were included within your Complainant's query included the times on May 11, 2014 and May 12, 2014, when "cody.bryan123" was chatting with Victim 1.

21. On or about May 23, 2014, Your Complainant sent DHS Summons ICE-HSI-CY-2014-00021 to AT&T Internet Services for subscriber information related to an IP address being utilized by "cody.bryan123" on KIK.

22. On or about May 27, 2014, Your Complainant received a response from Verizon Wireless for every Verizon user utilizing the 7 requested IP addresses Your Complainant identified from the KIK IP logs and that Your Complainant summonsed.

23. Your Complainant reviewed the records returned by Verizon and learned that although each IP address had numerous Verizon users utilizing that specific IP address for on each specific date and time, Your Complainant could only find one Verizon user utilizing all 7 IP addresses at these dates/times. Moreover, Your Complainant could not find any other Verizon user utilizing more than one of these IP addresses. Your Complainant found that only the Verizon user with the telephone number (707) 978-8267 was found on all 7 summons responses.

24.     On or about May 28, 2014, Your Complainant sent DHS Summons ICE-HSI-CY-2014-00023 to Verizon Wireless for subscriber information related to the telephone number (707)978-8267. Your Complainant also queried the above phone number in the CLEAR database, which allows users, for a fee, to access hundreds of public records databases and found a connection between the above phone number and an individual named Chris J **BEETS** in                    . Your Complainant then queried the CLEAR database for Chris BEETS in                    and found a Christopher Jon **BEETS**,                    . Your Complainant then requested driver's license information from DCI Intel Analyst Claire Ley for the above individual and found that in September 2013, **BEETS** renewed his California Driver's license, listing an address of                    Santa Rosa, California, 95401. His biographical information indicated he is a white male, approximately 5'10", 220 lbs, with blonde hair and hazel eyes.

25.     On or about June 2, 2014, Your Complainant received a response from Verizon Wireless indicating that the phone number (707) 978-8267 is subscribed to Angela Morgavi,                    Santa Rosa, Californi .

26.     Your Complainant reviewed the information provided by CLEAR related to Christopher J **BEETS** and learned that he is related to Angela Morgavi, who is also known as Angela Beets. Your Complainant then conducted public Internet searches on Google and Facebook and found Facebook profiles for both Christopher **BEETS** and Angela Morgavi. From the information contained on the Facebook pages, your Complainant learned that Angela Morgavi is the mother of Christopher J. **BEETS**.

27.     Your Complainant has been informed by Detective Chapman that on June 3, 2014, he, Chapman, requested booking information from the Santa Rosa Police Department after finding a record indicating that **BEETS** had been arrested on February 14, 2014, for Driving Under the Influence. Detective Chapman further informed your Complainant that according to the booking information, **BEETS'** provided (707) 978-8267 as his phone number. As referenced above, when Victim 1 corresponded on Skype, the user with whom she communicated had the username jonnyboyy707.

28. On June 4, 2014, Your Complainant, having assumed the identity of Victim 1, logged into KIK and engaged in a conversation with "cody.bryan123." After a long break in the conversation, at approximately 10:59 MDT, Victim 1 asked "cody.bryan123" where he had been. "cody.bryan123" replied "Court. Lol." Later on June 4, 2014, your Complainant queried Google for Criminal Court calendars in Santa Rosa, California. The online records for the Superior Court of California, County of Sonoma, on June 4, 2014, at 8:30 AM (PDT), Christopher John **BEETS** had his initial appearance before the Honorable Cerena Wong for a violation of California Vehicle Code 23152 (a), Driving Under the Influence of Alcohol. The case number listed is SCR-648372. **BEETS** also had an initial appearance at 8:30 AM before the same judge for Driving while Suspended violation. This is consistent with the information provided by "cody.bryan123" during our earlier chat of June 4, 2014.

29. On June 4, 2014, "cody.bryan123" again asked your Complainant, who had assumed the online persona of Victim 1, to create sexually explicit images and transmit those images to him.

30. Your Complainant was informed by San Francisco HSI Special Agent Lesley Brown, that she, Brown, that she, Brown, verified through the United States Postal Service that as of June 4, 2014, Christopher BEETS was receiving mail at                Santa Rosa, California.

31. Your Complainant knows that communications from **BEETS** to Victim 1 on KIK occurred from California and were transmitted to Victim 1 in Cheyenne, Wyoming, utilizing, at least in part, his Verizon cellular data network and the Internet, both means and facilities of interstate commerce. Additionally, your Complainant knows that KIK is located in Ontario, Canada and that the chat communication that occurred via KIK traveled through servers located outside of the District of Wyoming.

Based upon the information above, Your Complainant has probable cause to believe that the cellular telephone number (707) 978 8267 is being used by Christopher J **BEETS** who also assuming the KIK username "cody.bryan123" and has attempted to persuade, induce, entice and coerce a 13 year old girl to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct.

**END OF STATEMENT**

# PENALTY SUMMARY

**DEFENDANT NAME:**         **CHRISTOPHER J. BEETS**

**DATE:**         June 6, 2014

**INTERPRETER NEEDED:**     _____ Yes     __✓__ No

THE GOVERNMENT, PURSUANT TO RULE 18, F.R.Cr.P., WITH DUE REGARD FOR THE CONVENIENCE OF THE DEFENDANT, ANY VICTIM AND WITNESSES, AND THE PROMPT ADMINISTRATION OF JUSTICE, REQUESTS TRIAL BE HELD IN:

_____ Cheyenne     _____ Casper     _____ Lander     __XX__ No Preference

**VICTIM:**         __✓__ Yes         _____ No

**SEAL CASE:**      __X__ Yes         _____ No

**OFFENSE:**     Ct. 1:     ATTEMPTED PRODUCTION OF CHILD PORNOGRAPHY
18 U.S.C. § 2251(a) and (e)

**PENALTIES:**              NLT 15 YEARS OR MORE THAN 30 YEARS IMPRISONMENT
$250,000.00 FINE
NLT 5 YEARS OR MORE THAN A LIFE TERM OF SUPERVISED RELEASE
$100 SPECIAL ASSESSMENT

**OFFENSE:**     Ct. 2:     ATTEMPTED ONLINE ENTICEMENT OF A CHILD
18 U.S.C. § 2422(b)

**PENALTIES:**              NLT 10 YEARS OR MORE THAN TERM OF LIFE IMPRISONMENT
$250,000 FINE
NLT 5 YEARS OR MORE THAN A LIFE TERM OF SUPERVISED RELEASE
$100 SPECIAL ASSESSMENT

**TOTALS:** IF CONVICTED OF ALL THREE COUNTS NLT 15 OR MORE THAN 50 YEARS OF IMPRISONMENT
$500,000 FINE
NLT THAN 5 OR MORE THAN A TERM OF LIFE SUPERVISED RELEASE
$200.00 SPECIAL ASSESSMENT

**AGENT:** Nicole Bailey/ICE-ICAC    **AUSA:** James C. Anderson

**ESTIMATED TIME OF TRIAL:** ___✓___ 1-5 days    _____ more than 5 days

**THE GOVERNMENT WILL SEEK DETENTION IN THIS CASE:**

___✓___ Yes    _____ No

**The court should not grant bond because the Defendant is not bondable because there are detainers from other jurisdictions:**

_____ Yes    _____ No