14-157 J

My name is Christopher Jon Beets, and in this letter I will describe some of who I am, and what I plan to do to better myself as an American during my incarceration to ensure success and better judgement in my future actions.

Prior to my arrest in June of 2014, I was at an all time low, not just in life, but in self esteem as well as behavior. I did things that hurt people, and their feelings. I was a person that I never knew. I was a complete stranger to myself, and I'm still completely shocked at what I did. There is a thousand words I could say to try to express my sorrows and how sorry I am for my actions. But I realized that actions are proven to be stronger than words. I'm going to show to everyone that the actions that were performed were not by the real me. I am looking forward to better myself in every aspect. I can't wait for my SOMP/SOTP programs to find out and resolve the deep down reasons for those thoughts and actions that I took.

And to be able to take college classes during my time in the federal facility.

I wish I could take back all my actions. Not for selfish reasons, but for the individuals that I caused pain and grief.

Thank you for all your time with me and on my case.

Christopher Jon Beuts

April 23, 2015

TO: Honorable Judge

RE: Christopher Beets

FROM: Randy Thruston, GED Instructor

       Scotts Bluff County Corrections

Christopher is enrolled in an adult education class to earn his GED. Christopher has been consistent in his attendance. He has come to class prepared to learn and take part in activities that have been assigned to him.

Christopher has completed all of the skills tests. This indicates that he has the abilities to complete the GED with only at little practice. His study time has been devoted to honing his skills. He has completed several units of study in the short time he has been here.

Christopher is ready to begin the process of testing for his GED. He has completed one practice test and by the time he appears in court, he will have completed several more the practice tests. Our goal is to allow him to take the actual GED tests as soon as possible. Time may not allow us to complete before he appears in court for sentencing.

Christopher has several goals in mind for his education. He has a clear goal of getting his GED. He wishes to further his education after this is completed. I feel that he has the drive to complete his goals. He continues to make good progress in class.

Sincerely,


Randy Thruston,

GED Instructor.