CHRISTOPHER BEETS
14-CR-157-ABJ-1

Page 2 of 8
JUDGMENT AND COMMITMENT

## IMPRISONMENT

U.S. DISTRICT COURT
DISTRICT OF WYOMING

2015 JUN 26   PM 1 52

STEPHAN HARRIS, CLERK
CHEYENNE

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 300 months.

The Court strongly recommended designation to Tucson, Arizona, and participation in the Sex Offender Treatment Program. In the alternative, the Court recommends placement in Sheridan, Oregon, which is the closest facility to his family in Northern California. The Court also recommends the defendant participate in the 500-hour Residential Drug Abuse Program.

The defendant is remanded to the custody of the United States Marshal.

---

## RETURN

I have executed this Judgment as follows:   _fully_

_____

_____

_____

_____

Defendant delivered on _5.29.15_ to _VIM_ at
_Victorville_ , with a certified copy of this Judgment.

_Randy L. Teuss, Warden_
United States Marshal

By: _R. Brez, CSO_
Deputy Marshal